# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GEORGE HUBBARD, : No. 149 MM 2014
:
Petitioner :
:
:
:
:
v. :
:
:
:
COMMONWEALTH OF PENNSYLVANIA :
AND THE COURT OF COMMON PLEAS :
OF BUCKS COUNTY, :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Petition for Writ of Mandamus is **DENIED**.